TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Claimant
YESENIA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>VACANT LAND OFF SUN AVENUE, MARYSVILLE, CA, YUBA COUNTY,<br><br>    Defendant. | Case No. 2:23-CV-01863-JDP<br><br>**STIPULATION AND ORDER APPOINTING COUNSEL FOR CLAIMANT YESENIA GARCIA** |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant Yesenia Garcia as follows:

  1. The Magistrate Judge appointed undersigned counsel under the Criminal Justice Act to represent Ms. Garcia in connection with the investigation and prosecution of her husband, Edgar Garcia Lopez, in *United States v. Lopez*, 2:23-CR-0228-DJC.  Ms. Garcia submitted a financial affidavit demonstrating that she is presently indigent and therefore financially unable to obtain representation by counsel.

  2. On August 30, 2023, the United States filed a verified complaint for forfeiture *in rem* against the property listed above.

3. Section 983(b)(1)(A) of Title 18, United States Code, provides that, "If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim."

4. Ms. Garcia has filed a verified claim to the property. Pursuant to 18 U.S.C. § 983(b)(1)(A), she asks the Court to authorize undersigned CJA counsel to represent her in the above forfeiture case.

5. The United States agrees that CJA counsel may be appointed to represent Ms. Garcia in this matter.

Respectfully Submitted,

Dated: November 2, 2023   */s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for YESENIA GARCIA

PHILIP A. TALBERT
United States Attorney

Dated: November 2, 2023   */s/ T. Zindel for K. Khasigian*
KEVIN KHASIGIAN
Assistant U.S. Attorney

**O R D E R**

CJA counsel is hereby appointed to represent Ms. Garcia in this matter.

IT IS SO ORDERED.

Dated:   November 3, 2023   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE