HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Claimant
Edgar Enrique Garcia-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CV-01863-DJC-JPD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER APPOINTING COUNSEL FOR CLAIMANT EDGAR ENRIQUE GARCIA-LOPEZ |
| v. | |
| VACANT LAND OFF SUN AVENUE, MARYSVILLE, CA, YUBA COUNTY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and claimant Edgar Enrique Garcia Lopez as follows:

On August 30, 2023, the Magistrate Judge found that Edgar Enrique Garcia Lopez was indigent and appointed the Office of the Federal Defender to represent him in United States v. Lopez, 2:23-CR-00228-DJC, to which this civil forfeiture case has been ordered related.

On August 30, 2023, the United States filed a verified complaint for forfeiture in rem against the properties listed above.

Section 983(b)(1)(A) of Title 18, United States Code, provides that, "If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim."

1  Mr. Garcia Lopez has filed a verified claim to the property. Pursuant to 18 U.S.C.
2  §983(b)(1)(A), he asks the Court to authorize undersigned CJA counsel to represent him in the
3  above forfeiture case.
4  The United States agrees that the Federal Defender may be appointed to represent Mr.
5  Garcia Lopez in this matter.

Dated: November 13, 2023                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Public Defender

                                            */s/ Hootan Baigmohammadi*
                                            HOOTAN BAIGMOHAMMADI
                                            Assistant Federal Defender
                                            Attorney for Mr. Garcia-Lopez


                                            PHILLIP A. TALBERT
                                            United States Attorney
Dated:  November 13, 2023
                                            /s/ T. Zindel for K. Khasigian
                                            KEVIN KHASIGIAN
                                            Assistant U.S. Attorney

**O R D E R**

Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal Defender is hereby authorized to represent Edgar Enrique Garcia-Lopez in the above case.

IT IS SO ORDERED.

Dated:  November 15, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE